# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 12-920 consolidated with 12-909, 12-910, 12-911, 12-912, 12-913, 12-914, 12-915, 12-916, 12-917, 12-918, 12-919, 12-921, 12-922, 12-923, 12-924, 12-925, 12-926, and 12-927

**REBEL DISTRIBUTORS CORP., INC. d/b/a PHYSICIAN PARTNER AND PHARMACY PARTNER (RENE WIGGINS)**[*]

**VERSUS**

**LUBA WORKERS' COMP. ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 04
PARISH OF LAFAYETTE, NO. 09-09715
SHARON MORROW, WORKERS' COMPENSATION JUDGE

**\*\*\*\*\*\*\*\*\*\***

**JIMMIE C. PETERS
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Marc T. Amy, Judges.

**REVERSED AND RENDERED.**

**Harry K. Burdette**
**The Glenn Armentor Law Corporation**
**300 Stewart Street**
**Lafayette, LA 70501**
**(337) 233-1471**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **Rebel Distributors Corporation, Inc. d/b/a**
     **Physician Partner and Pharmacy Partner**

---

[*] The correct first name of the injured employee is Rena.

**Jeffrey C. Napolitano**
**Juge, Napolitano, Guilbeau, Ruli & Frieman**
**3320 West Esplanade Avenue North**
**Metairie, LA 70002**
**(504) 831-7270**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **LUBA Casualty Insurance Company**
    **Cajun Sugar Cooperative, Inc.**

**PETERS, J.**

For the reasons assigned in *Rebel Distributors, Inc. et al. v. LUBA Workers' Comp. et al.*, 12-909 (La.App. 3 Cir. __/__/13), __ So.3d __, we reverse the judgment of the workers' compensation judge and render judgment in favor of Cajun Sugar Cooperative Inc. and LUBA Casualty Insurance Company, granting their peremptory exception of no right of action and dismissing the claims of Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner. We assess all costs of this appeal against Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner.

**REVERSED AND RENDERED.**